```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SPQR CAPITAL (CAYMAN) LTD.,
LANSDOWNE CAPITAL SA, CREST ONE SpA,

                    Appellants,

-against-

TPG TROY LLC,

                    Appellees.

SPQR CAPITAL (CAYMAN) LTD.,
LANSDOWNE CAPITAL SA, CREST ONE SpA,

                      Appellants,

-against-

T3 TROY, LLC,

                    Appellees.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/13

13 Civ. 4470 (AT)

13 Civ. 4471 (AT)

**ORDER OF CONSOLIDATION**

ANALISA TORRES, District Judge:

    Finding that the actions involve common questions of law and fact, it is

    ORDERED that the Clerk of Court shall consolidate the above actions under the docket number of the lead case, 13 Civ. 4470.

        SO ORDERED.

Dated: October 15, 2013
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge